UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEANDRE MORROW,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PIZZA HUT and GENERAL MANAGER,<br><br>　　　　　　Defendants. | Case No. 2:21-CV-00739-ART-BNW<br><br>**ORDER GRANTING**<br><br>STIPULATION FOR<br>DISMISSAL WITH PREJUIDCE |

  Defendants Las Vegas Pizza LLC, errantly named as Pizza Hut, and Alexa Logan, identified as General Manager (collectively "Defendants"), by and through their counsel, Kaempfer Crowell, and Deandre Morrow, plaintiff in proper person, stipulate and agree that all of Plaintiff's claims are hereby dismissed against all Defendants, with prejudice, with each party to

///

///

bear their own attorney fees and costs.

Dated this  9  day of  30 , 2024.        Dated this 30th day of September, 2024.

PLAINTIFF                                    KAEMPFER CROWELL

_____              _____
Deandre Morrow                               Louis M. Bubala III
9904 Rendon St.                              Ryan W. Daniels
Las Vegas, NV 89143

*Plaintiff, pro se*                          *Attorneys for Defendants*
                                             *Las Vegas Pizza LLC, errantly named as*
                                             *Pizza Hut, and Alexa Logan, identified as*
                                             *General Manager*

## ORDER

IT IS SO ORDERED.

_____
Anne R. Traum, United States District Judge

Dated: **October 1, 2024**